UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILIN CRUZ PERNAS,<br><br>                                    Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; et al.,<br><br>                                    Respondents. | Case No.:  26-cv-1074-BJC-BLM<br><br>**ORDER GRANTING PETITION OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

On February 10, 2026, Marilin Cruz Pernas ("Petitioner") filed a petition for a writ of habeas corpus.  ECF No. 1. On February 23, 2026, the Court ordered Petitioner to show cause why the petition should not be dismissed for failure to satisfy the filing fee requirement.  ECF No. 3.  On March 23, 2026, Petitioner paid the filing fee, ECF No. 5, and on April 1, 2026, Petitioner filed an amended petition.  ECF No. 7.  On April 13, 2026, Respondents filed a return to the petition stating that "Respondents therefore acknowledge that Petitioner is entitled to be released from custody subject to conditions of supervision." ECF No. 10 at 2.

1

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Having shown good cause, Respondents shall immediately release Petitioner under the previous set conditions when she was released on bond in 2021. ECF No. 7 at 3. The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated: April 17, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-1074-BJC-BLM