

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marilin Cruz Pernaz | Civil Action No. 26-cv-01074-BJC-BLM |
| **Plaintiff,** | |
| V. | |
| See attached | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants the petition for a writ of habeas corpus. Having shown good cause, Respondents shall immediately release Petitioner under the previous set conditions when she was released on bond in 2021.

**Date:**        4/17/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>26-cv-1074-BJC-BLM</u>

Acting Director of Immigration and Customs Enforcement (ICE); Warden of the Otay Mesa Detention Center, San Diego, California; Kristi Noem; Pamela Jo Bondi; Todd M. Lyons; Jesus Rocha; Jeremy Casey,

Respondents